*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: November 5, 2015                    520853
_____

In the Matter of the Claim of
    ARLENE STEIN,
                        Appellant.

                                        MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                        Respondent.
_____

Calendar Date:  September 22, 2015

Before:  McCarthy, J.P., Garry, Rose and Clark, JJ.

_____

        Arlene Stein, New York City, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Gary
Leibowitz of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed March 3, 2015, which ruled that claimant was
disqualified from receiving unemployment insurance benefits
because she voluntarily left her employment without good cause.

        Decision affirmed.  No opinion.

        McCarthy, J.P., Garry, Rose and Clark, JJ., concur.

ORDERED that the decision is affirmed, without costs.


                    ENTER:

                    Robert D. Mayberger
                    Clerk of the Court